275

Gerald Kogan, Miami, Fla. (Court-appointed) for defendant-appellant.

Robert W. Rust, U. S. Atty., Lloyd G. Bates, Jr., Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. See Local Rule 21.[1]

J. Kennedy Hutcheson (court-appointed), Hutcheson, Forbes & Lassiter, Jacksonville, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., Aaron K. Bowden, Asst. U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[**]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**James Walter KING, Defendant-Appellant.**

**No. 30826**
**Summary Calendar.[*]**

United States Court of Appeals, Fifth Circuit.

April 8, 1971.

In the Matter of PLANTS AND FACILITIES CO., Inc., Bankrupt.

**Curtis E. FULLER and Catherine M. Fuller, Respondents-Appellants,**

v.

**PLANTS AND FACILITIES CO., Inc., Bankrupt-Appellee.**

**No. 26585.**

United States Court of Appeals, Ninth Circuit.

March 30, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

** See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.